USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/5/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHERYL MENKES,<br><br>　　　　　　　　Plaintiff,<br><br>-against-<br><br>UNITED STATES DEPARTMENT OF EDUCATION,<br><br>　　　　　　　　Defendant. | 1:25-cv-2983-MKV<br><br>**ORDER** |

MARY KAY VYSKOCIL, United States District Judge:

　　The Court received an email from Plaintiff, proceeding *pro se*, on June 4, 2025 attempting to submit to the Court a motion for permission for electronic case filing and a notice, consent, and reference of a civil action to a magistrate judge.  The Court's Individual Rules of Practice in Civil Cases clearly states: "All communications with the Court by a *pro se* party must be sent to the Pro Se Intake Office. You may contact the Pro Se Intake Office at (212) 805-0175 during normal business hours, 8:30am - 5:00pm, Monday – Friday. No documents or filings should be sent directly to Chambers."  *See* Individual Rule 2(B)(i).  Plaintiff shall direct all future communications, documents, or filings to the Pro Se Intake Office as required.

　　**Failure to comply with the Court's orders or comply with the FRCP, the Local Rules for the SDNY or this Court's Individual Practice Rules, may result in sanctions, including monetary penalties on counsel and/or the parties, dismissal or preclusion of claims, defenses, arguments, or evidence.**

　　The Clerk of Court is respectfully requested to mail a copy of this Order to Plaintiff.

**SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Mary Kay Vyskocil*

**Date:  June 5, 2025**　　　　　　　　　　　　　　　　　**MARY KAY VYSKOCIL**
**　　　　New York, NY**　　　　　　　　　　　　　　　　**United States District Judge**