USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/27/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHERYL MENKES,

Plaintiff,

-against-

UNITED STATES DEPARTMENT OF EDUCATION,

Defendant.

1:25-cv-2983-MKV

**SCHEDULING ORDER**

MARY KAY VYSKOCIL, United States District Judge:

The Court is in receipt of Plaintiff's motion to amend her complaint, [ECF No. 44], and Defendant's opposition thereto, [ECF No. 47]. The Court recognizes that Plaintiff is a licensed attorney not entitled to the same solicitude as an ordinary pro se litigant. *See Bank v. Alarm.com Holdings, Inc.*, 828 F. App'x 5, 7 (2d Cir. 2020). Nevertheless, Defendant indicates that Plaintiff "pled for the first time" "new claims" in her opposition to Defendant's motion to dismiss. [ECF No. 47] at 2. Far from being futile, an amendment clearly laying out and developing these claims—and fuller briefing to aid the Court in reviewing them—is required by justice. *See* Fed. R. Civ. P. 15(a)(2). This, however, will be Plaintiff's last opportunity to amend her complaint.

Accordingly, it is HEREBY ORDERED that, on or before July 31, 2026, Plaintiff shall file her amended complaint. Defendant's motion to dismiss, or, in the alternative, for summary judgment, [ECF No. 29], is DENIED as moot. It is FURTHER ORDERED that the schedule proposed by Defendant shall govern the briefing of Defendant's anticipated motion to dismiss Plaintiff's amended complaint. Accordingly, the motion to dismiss shall be filed on or before September 1, 2026; Plaintiff's opposition thereto shall be filed on or before October 1, 2026; and Defendant's reply in further support thereof shall be filed on or before October 15, 2026.

**Failure to comply with the Court's Orders, the Federal Rules of Civil Procedure, the Local Rules for the Southern District of New York, or this Court's Individual Rules of Practice in Civil Cases, may result in sanctions, including monetary penalties on counsel or the parties and dismissal or preclusion of claims, defenses, arguments, or evidence.**

The Clerk of Court is respectfully requested to mail a copy of this Order to Plaintiff.

**SO ORDERED.**

Mary Kay Vyskocil

**Date: July 27, 2026**
**New York, NY**

**MARY KAY VYSKOCIL**
**United States District Judge**